TRINETTE G. KENT (State Bar No. 025180)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
(248) 353-2882
Fax: (248) 353-4840

*Attorneys for Plaintiff,*
*Genevieve Barclay-White*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Genevieve Barclay-White, | Case No.: |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| Collections U.S.A., Inc., an Arizona corporation, | **JURY TRIAL DEMAND** |
| Defendant. | |

1

NOW COMES THE PLAINTIFF, GENEVIEVE BARCLAY-WHITE, BY AND THROUGH COUNSEL, TRINETTE G. KENT, and for her Complaint against the Defendant, pleads as follows:

## JURISDICTION

1. This court has jurisdiction under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692k(d) and 28 U.S.C. §§1331,1337.

## VENUE

1. The transactions and occurrences which give rise to this action occurred in the City of Scottsdale, Maricopa County, Arizona.

2. Venue is proper in the District of Arizona, Phoenix Division.

## PARTIES

3. The Defendant to this lawsuit is Collections U.S.A., Inc., which is an Arizona corporation that maintains a registered agent in Maricopa County, Arizona.

## GENERAL ALLEGATIONS

4. Defendant is attempting to collect a consumer type debt allegedly owed by Plaintiff regarding an apartment that she previously resided in with account number A100RESIDE000xxxxxx in the amount of $498.00 ("The Debt").

5. On or about October 12, 2015, Mrs. Barclay-White obtained her credit files and noticed the Debt reported by Defendant.

2

6. On or about December 12, 2015, Mrs. Barclay-White submitted a letter to Defendant, disputing the debt.

7. On or about February 16, 2016, Mrs. Barclay-White obtained her Trans Union and Experian credit files and noticed that Defendant failed to flag the Debt as disputed, in violation of the FDCPA.

## COUNT I

## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

8. Mrs. Barclay-White reincorporates the preceding allegations by reference.

9. At all relevant times, Defendant, in the ordinary course of its business, regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

10. Mrs. Barclay-White is a "consumer" for purposes of the FDCPA, and the account at issue in this case is a consumer debt.

11. Defendant is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

12. Defendant's foregoing acts in attempting to collect this alleged debt violated the following provisions of the FDCPA:

   a. 15 U.S.C. §1692e(8) by communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is

3

disputed.  Defendant did this when it failed to flag the Debt as disputed on Mrs. Barclay-White's Trans Union and Experian credit files despite having received a letter from her disputing the Debt.

13. Mrs. Barclay-White has suffered economic, emotional, general, and statutory damages as a result of these violations of the FDCPA.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant her a judgment against Defendant for actual damages, costs, interest, and attorneys' fees.

## DEMAND FOR JUDGMENT RELIEF

Accordingly, Mrs. Barclay-White requests that the Court grant her the following relief against the Defendant:

a. Actual damages;

b. Statutory damages; and

c. Statutory costs and attorneys' fees.

## JURY DEMAND

Plaintiff hereby demands a trial by Jury.

DATED:  April 15, 2016

| | |
|---|---|
| 1 | |
| 2 | By: __/s/  *Trinette G. Kent*__ |
| 3 | Trinette G. Kent<br>Attorneys for Plaintiff, |
| 4 | Genevieve Barclay-White |